Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Miki Sheets-Ito*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MIKI SHEETS-ITO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHASE, OCWEN LOAN SERVICING, LLC, GMAC MORTGAGE and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-02440-RFB-VCF<br><br>**Stipulation of Dismissal of Defendant Chase Bank USA, N.A. (incorrectly named as "Chase")** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Miki Sheets-Ito ("Plaintiff") and Defendant Chase Bank USA, N.A. (incorrectly named as "Chase") stipulate to dismiss with prejudice Plaintiff's claims against Chase Bank USA, N.A. only, in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 11th day of May 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Ballard Spahr LLP**

By: /s/ Lindsay C Demaree
Abran E. Vigil, Esq.
Lindsay C Demaree, Esq.
100 N. City Parkway
Suite 1750
Las Vegas, NV 89106
*Attorney for Defendant Chase Bank USA, N.A.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 16th day of May, 2016.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 11, 2016, the foregoing Stipulation of Dismissal of Defendant Chase was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117