WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Inku Nam, Esq.
Nevada Bar No. 12050
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
inam@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MIKI SHEETS-ITO,<br><br>        Plaintiff,<br><br>    vs.<br><br>OCWEN LOAN SERVICING, LLC, GMAC MORTGAGE, CHASE, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | Case No.:   2:15-cv-02440-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR OCWEN LOAN SERVICING, LLC'S RESPONSE TO THE PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiff, Miki Sheets-Ito (hereinafter "Plaintiff"), by and through its attorney of record, Michael Kind, Esq. of the law firm of Kazerouni Law Group, APC, and Defendant, Ocwen Loan Servicing, LLC. (hereinafter "Ocwen"), by and through its attorney of record Inku Nam, Esq. of the law firm of Wright, Finlay & Zak, LLP, to extend the deadline for Ocwen to file its response to Plaintiff's Complaint until July 8, 2016.

///

///

///

///

///

///

Page 1 of 2

This is the parties' second request for extension of responsive deadlines following the removal to federal court, and is not intended to cause any delay or prejudice to any party. One extension of the responsive deadline was stipulated to in the state court, prior to removal, and one extension before this federal court. The parties have actively engaged discussions regarding the claims and defenses of the case and are exploring a possible early settlement of the case designed to reduce attorney's fees and costs incurred in the case and resolve the underlying issues asserted in the Complaint. As such, this second request should allow the parties sufficient time to efficiently explore settlement without expending unnecessary time and resources.

DATED this __9th__ day of June, 2016.          DATED this __9th__ day of June, 2016.

WRIGHT, FINLAY & ZAK, LLP                       KAZEROUNI LAW GROUP, APC

/s/ Edgar C. Smith_____        /s/ Michael Kind_____
Inku Nam, Esq.                                  Michael Kind, Esq.
Nevada Bar No. 12050                            Nevada Bar No. 13903
7785 W. Sahara Avenue, Suite 200                7854 W. Sahara Avenue
Las Vegas, Nevada 89117                         Las Vegas, Nevada 89117
*Attorney for Defendant, Ocwen Loan*            *Attorney for Plaintiff, Miki Sheets-Ito*
*Servicing, LLC*

### **ORDER**

Pursuant to the above-stated stipulation and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Ocwen to respond to Plaintiff's Complaint is extended to July 8, 2016.

DATED this 10th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE