Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Miki Sheets-Ito*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MIKI SHEETS-ITO,<br><br>                    Plaintiff,<br><br>v.<br><br>CHASE, OCWEN LOAN SERVICING, LLC, GMAC MORTGAGE and EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    Defendants. | Case No.: 2:15-cv-02440-RFB-VCF<br><br>**Stipulation of Dismissal of Ocwen Loan Servicing, LLC** |

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Miki Sheets-Ito ("Plaintiff") and Defendant Ocwen Loan Servicing, LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only.  Each party will bear its own costs, disbursements, and attorney fees.


DATED this 1st day of February 2017


**KAZEROUNI LAW GROUP, APC**

By:  /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiffs*


**WRIGHT, FINLAY & ZAK, LLP**

By:   Natalie C. Lehman
Natalie C. Lehman, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
*Attorneys for Defendant Ocwen Loan Servicing, LLC*


IT IS SO ORDERED.



_____
UNITED STATES DISTRICT JUDGE

DATED: February 2, 2017

1

**CERTIFICATE OF SERVICE**

2      I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil

3  Procedure that on February 1, 2017, the foregoing Stipulation was filed and served

4  via CM/ECF to all parties appearing in this case.

5

6                                **KAZEROUNI LAW GROUP, APC**

7                        By: /s/ Michael Kind

8                             Michael Kind
                              7854 W. Sahara Avenue
9                             Las Vegas, NV 89117

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28